

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00153-CR

Tina Denise Hood **RYAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1039-CR-C
Honorable William D. Old III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 23, 2021.

_____
Rebeca C. Martinez, Chief Justice